**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

James A. Wilson, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2018-001432

―――――――――――

Appeal From Horry County
Steven H. John, Circuit Court Judge
Larry B. Hyman, Jr., Post-Conviction Relief Judge

―――――――――――

Unpublished Opinion No. 2021-UP-008
Submitted November 1, 2020 – Filed January 13, 2021

―――――――――――

**APPEAL DISMISSED**

―――――――――――

Appellate Defender Taylor Davis Gilliam, of Columbia, for Petitioner.

Assistant Attorney General Jonathan Scott Matthews, of Columbia, for Respondent.

―――――――――――

**PER CURIAM:**   Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR).

Because the circumstances of this case support the PCR court's finding that Petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari on Petitioner's Question One and proceed with a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 396, 660 S.E.2d 512 (2008).

On direct appeal, Petitioner argues the trial court erred in denying his motion for a directed verdict on the murder charge against him.  After review pursuant to *Anders v. California*, 386 U.S. 738 (1967), and consideration of Petitioner's pro se responses, we dismiss Petitioner's direct appeal and grant counsel's motion to be relieved.

**APPEAL DISMISSED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.